```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06049
   SAVANNAH WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4037


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 04/04/2007 and was confirmed 06/07/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  71.00%.

      The case was dismissed after confirmation 08/14/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00           .00            .00
COOK COUNTY TREASURER     SECURED             989.33           .00         245.70
CHARMING SHOPPES          UNSECURED           659.20           .00            .00
ROUNDUP FUNDING LLC       UNSECURED          1389.62           .00          30.74
CHARMING SHOPPES          UNSECURED           309.66           .00            .00
CAPITAL ONE               UNSECURED              .00           .00            .00
COLUMBUS BANK & TRUST CO  UNSECURED          2652.84           .00          58.69
CREDIT FIRST NA           UNSECURED        NOT FILED           .00            .00
COMCAST                   UNSECURED        NOT FILED           .00            .00
EXXON MOBILE              UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          3986.60           .00          88.20
ECAST SETTLEMENT CORP     UNSECURED          2459.03           .00          54.40
ECAST SETTLEMENT CORP     UNSECURED          1308.22           .00          28.94
ECAST SETTLEMENT CORP     UNSECURED          1447.16           .00          32.02
ECAST SETTLEMENT CORP     UNSECURED           933.54           .00          20.65
LVNV FUNDING LLC          UNSECURED          2172.32           .00          48.06
LVNV FUNDING LLC          UNSECURED          5526.62           .00         122.27
CHASE HOME FINANCE LLC    MORTGAGE ARRE      1634.68           .00        1634.68
CHASE HOME FINANCE LLC    NOTICE ONLY    NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        84.00           .00          84.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                           372.44
DEBTOR REFUND             REFUND                                              4.21

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 5,325.00

PRIORITY                                          84.00
SECURED                                        1,880.38

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06049 SAVANNAH WILLIAMS
```

```
UNSECURED                                                      483.97
ADMINISTRATIVE                                               2,500.00
TRUSTEE COMPENSATION                                           372.44
DEBTOR REFUND                                                    4.21
                                   ---------------     ---------------
TOTALS                                    5,325.00            5,325.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```